COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION FOR REHEARING

Case number:     01-13-00103-CR

Style:            *O.D. Van Duren, Appellant v. The State of Texas, Appellee*

Type of motion:   Motion for rehearing

Party filing motion:      Appellant

It is **ordered** that the motion for rehearing is **denied**.

Judge's signature:  /s/ Jane Bland
                    Acting for the Court

Before:  Justices Higley and Bland.  Justice Sharp was a member of the original panel but his term of office expired in the interim.  The two remaining justices ruled on this motion.  See Tex. R. App. P. 49.3(b).

Date: January 13, 2015.